## SMITH v. SAN FRANCISCO.

### No. 11,023; May 23, 1885.

#### 7 Pac. 37.

**Appeal—Dismissal for Failure to File the Transcript in Time.—** Statement having been settled more than forty days before the transcript of record was served and filed, time to file the same not having been extended, and no transcript having been served or filed until notice to dismiss the appeal had been served and filed, appeal ordered dismissed.

APPEAL from Superior Court of the City and County of San Francisco.

John Lord Love for appellant; McAllister & Bergin for respondent.

By the COURT.—It appearing that the appeal herein was perfected and the statement settled more than forty days

before the transcript of the record was served and filed, and the time to serve and file said transcript not having been extended by stipulation or by order of the court, and no transcript having been served or filed until after the notice to dismiss the appeal herein had been served and filed, it is ordered that said appeal be, and the same is, hereby dismissed.

Thornton, J., dissenting.